**Order entered November 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01224-CV

### IN THE INTEREST OF D.T., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-12945**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 12, 2018.  The appeal will be resubmitted in the first quarter of 2019.

/s/    MOLLY FRANCIS
        PRESIDING JUSTICE